608

437 A.2d 1029

Commonwealth v. Perrigen, Appellant.

Submitted December 5, 1980. Robert Pappano, Assistant Public Defender, for appellant; David E. Fritchey, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, DiSALLE and MONTEMURO, JJ.

The judgment of sentence of the court below is hereby affirmed.

437 A.2d 1029

Commonwealth v. Tenner a/k/a Campbell, Appellant.

Submitted December 5, 1980. Elaine DeMasse, Assistant Public Defender, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, JOHNSON, and POPOVICH, JJ.

The judgment of sentence is affirmed.